PHILLIP A. TALBERT
Acting United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>                    v.<br><br>MICHAEL MARSH,<br><br>                            Defendant. | CASE NO.: 1:96-CR-05283 DAD<br><br>MOTION TO DISMISS INDICTMENT;  ORDER |

In the interest of justice, the government moves to dismiss without prejudice the indictment in this case as to defendant Michael Marsh, pursuant to Federal Rule of Criminal Procedure 48(a). Michael Marsh has not appeared in this case.

Dated:  Sept. 16, 2021                                 PHILLIP A. TALBERT
                                                                       Acting United States Attorney

                                                                        /s/ Kirk E. Sherriff
                                                                       KIRK E. SHERRIFF
                                                                       Assistant United States Attorney

IT IS ORDERED that the indictment is dismissed without prejudice as to defendant Michael Marsh.

IT IS SO ORDERED.

   Dated:   **September 17, 2021**                     _Dale A. Drozd_
                                                                       UNITED STATES DISTRICT JUDGE

1